

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHELTER INSURANCE COMPANIES,   :

    PLAINTIFF,   :
    :
V.   :    NO. 1-03-1034 T-An
    :
BILLY JOE GRISWELL D/B/A   :
GRISWELL BUILDING AND SALE   :
and GUIDEONE TAYLOR BALL   :
CONSTRUCTION SERVICES, INC.,   :
    :
    DEFENDANTS.   :

## MOTION TO ALTER OR AMEND
## PLEADINGS AND RECORDS

    Comes now Terry Abernathy, Attorney of record for Billy Joe Griswell, d/b/a Griswell Building and Sale, in the cause as styled and numbered above, and respectfully moves that all pleadings and any other records and documents be amended in the following particulars, to wit:

1.

    That, by inadvertence/mistake, certain pleadings and perhaps other records and documents incorrectly reflect that the undersigned attorney is also one of the attorneys of record for Billy Joe Griswell in the cause styled <u>Guideone Taylor Ball Construction Services, Inc., v. Ricky Hurt, et al</u>, No. 03-1034.

2.

    That, the undersigned does not represent Billy Joe Griswell, d/b/a Billy Griswell Construction Company, in the caused styled <u>Guideone Taylor Ball Constructions Services, Inc., v. Ricky Hurt, et al</u>, No. 03-1034, and to avoid further confusion and to promote the efficient administration of justice, the

**MOTION GRANTED**
DATE: 5/May 2005

_____
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/9/05

33

undersigned would respectfully move that any pleadings, documents or record in this cause, or any pleadings, documents or record in the cause styled <u>Guideone Taylor Ball Construction Services, Inc., v. Ricky Hurt, et al</u>, No. 03-1034, be altered or amended to properly reflect that the undersigned represents Billy Joe Griswell only in Cause No. 1-03-1034 T-An.

3.

The undersigned attorney would certify that he has not consulted with the other involved attorneys, but has no reason to believe that anyone involved in these matters of litigation would have any reason to object or to otherwise oppose this ministerial/administrative relief sought.

TERRY ABERNATHY #008542
Attorney for Defendant, Billy Joe Griswell, d/b/a
Griswell Building and Sale
P.O. Box 441
Selmer, TN 38375
731-645-6163

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing MOTION TO ALTER OR AMEND PLEADINGS AND RECORDS was this day served upon counsel for each of the parties by mailing same to:

Mr. William M. Jeter
Attorney at Law
35 Union Ave, Suite 300
Memphis, Tennessee 38103

Mr. Stephen Craig Kennedy
Attorney at Law
P.O. Box 647
Selmer, Tennessee 38375

Mr. John S. Little
Attorney at Law
P.O. Box 726
Jackson, Tennessee 38302

This the 2nd day of May, 2005.

TERRY ABERNATHY

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:03-CV-01034 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Honorable James Todd
US DISTRICT COURT