IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHELTER INSURANCE COMPANY,         )
                                   )
        Plaintiff,                 )
                                   )
VS.                                )    No. 03-1034-T/An
                                   )
BILLY JOE GRISWELL d/b/a           )
GRISWELL BUILDING AND SALE         )
and GUIDEONE TAYLOR BALL           )
CONSTRUCTION SERVICES, INC.,       )
                                   )
        Defendants.                )

## ORDER GRANTING MOTION TO CONSOLIDATE

Defendant Guideone Taylor Ball Construction Services, Inc., has filed a motion to consolidate this case with two other cases currently pending in this Court, docket numbers #02-1299-T/An and #05-1021-T/An,[1] for the purpose of discovery only. The actions arise out of the same circumstances and the same building project, and involve some of the same parties. No other party to these actions has objected to the motion to consolidate.

The motion to consolidate these actions for the purpose of discovery only is GRANTED. All discovery taken in these actions shall be available for use in any of the three actions. However, all other issues will remain separate, and the cases will be tried

---

[1] #02-1299, Guideone Taylor Ball Constr. Servs., Inc. v. Ricky Hurt d/b/a Hurt Ornamental Iron Works and d/b/a Ricky Hurt Construction, et al., and #05-1021, Guideone Taylor Ball Constr. Servs., Inc. v. First Baptist Church of Selmer, Tenn.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/17/05

separately.

The parties are reminded that, for all documents filed with the Court during this period of consolidation, an original plus two copies must be submitted for each of the three cases.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_13 October 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:03-CV-01034 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Terry Abernathy
ABERNATHY LAW FIRM
P.O. Box 441
Selmer, TN 38375

John S. Little
WALDROP & HALL
106 S. Liberty Street
Jackson, TN 38301--072

Honorable James Todd
US DISTRICT COURT